IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| M. FRANK AVILA and THE VOTERS OF COOK COUNTY | ) ) ) | |
| Plaintiff(s), | ) ) | **02C 1222** |
| v. | ) ) ) | |
| MARTIN SANDOVAL, VICTOR H. REYES, CITY OF CHICAGO BOARD OF ELECTION COMMISSIONERS, DAVID ORR--CLERK OF COOK COUNTY | ) ) ) ) ) ) | JUDGE JOHN W DARRAH MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| Defendant(s) | ) | |

**DOCKETED**
FEB 2 1 2002

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

### I.
### PRELIMINARY STATEMENT

This action arises under the United States Constitution Amendments 1 and 14. 28 U.S.C.A. Sec. 1343; 42 U.S.C.A. 1971, 1983, 1985. This action also arises under the Voting Rights Act of 1965 (42 USC Sec. 1973 et seq.). Plaintiffs seek a declaratory judgement that the name of Martin Sandoval be vacated/removed from the Democratic ballot for nomination for Water Reclamation District of Greater Chicago based on violations of the United States Constitution and Federal law as cited above the summation to be found in Smith v. Cherry 1972 (489 F.2d 1098). Additionally, Plaintiffs seek a declaratory judgement to vacate/remove the name of Martin Sandoval from both the ballot for Democratic Nomination for Water Reclamation District of Greater Chicago and the Democratic nomination for State Senate in the 12th District of the State of Illinois because the two offices are incompatible under Illinois State Law claimed under Supplemental Jurisdiction. 10 ILCS Chapter 46 Election Code Sections 7-12, Section 2605/3 of Chapter 70, Illinois Compiled Statutes.

### II.
### JURISDICTION

Jurisdiction is conferred on this court by 28 USC Sec. 1343 (4), 2201, 2202, and 42 USC Sec. 1973j(f). A district court of three judges is required to convened by 28 USC Sec. 2284 and 42 USC Sec. 1973c. Jurisdiction should be granted because this is a Federal question arising under federal law. Supplemental Jurisdiction is claimed on an additional but connected claim because it is part of the same nucleus of common fact and intimately related.

## III.
## PARTIES

1. That Plaintiff, **M.Frank Avila**, is a resident of the City of Chicago, County of Cook, State of Illinois and is an adult registered voter, of Mexican American racial ancestry, and lives within the Metropolitan Water Reclamation District of Greater Chicago. He is a candidate for the Democratic nomination for Commissioner of the Water Reclamation District of Greater Chicago.

2. That Plaintiff(s), **The Voters of Cook County**, are all the registered voters of Cook County and have the right to fair election with true choice and openess.

3. That Defendant **Martin Sandoval**, is a resident of the City of Chicago, County of Cook, State of Illinois, and is an adult registered voter of Hispanic descent, and lives within the Metropolitan Water Reclamation District of Greater Chicago. He is a candidate for the Democratic nomination for Commissioner of the Water Reclamation District of Greater Chicago and State Senator of the 12th District of Illinois, two incompatible offices.

4. That Defendant **Victor Reyes**, is a resident of the City of Chicago, County of Cook, State of Illinois, and is an adult registered voter of Puerto Rican descent, and lives within the Metropolitan Water Reclamation District of Greater Chicago. Based upon information and belief, Victor Reyes was the titular head and now the defacto head of the Hispanic Democratic Organization and is responsible for the conspiracy of Martin Sandoval running for two offices that are incompatible as well having Martin Sandoval drop from one office to appoint a different person after the election.

5. That Defendant **City of Chicago Board of Election Commissioners,** is governmental entity of Chicago, County of Cook, State of Illinois, and is responsible for printing the election ballots in Chicago Illinois.

6. That Defendant **David Orr—Cook County Clerk**, is a resident of the City of Chicago, County of Cook, State of Illinois and is a registered voter of Caucasian ancestory, and lives within the Metropolitan Water Reclamation District of Greater Chicago. David Orr, through his office, in his official capacity, is responsible for the printing of the election ballots in suburban Cook County.

## IV.
## STATEMENT OF FACTS

1. That the **Metropolitan Water Reclamation District of Greater Chicago** ( hereinafter referred to as "MWRD" or Water Rec) consists of nine commissioners who are elected on at-large basis, pursuant to 70 ILCS 2605/3. That of the nine commissioners elected at-large, three are nominated and elected at each biennial election, in even number years.

2. That there is one commissioner of Hispanic ancestory currently serving on the MWRD board. That is defendant Martin Sandoval.

3. That defendant Sandoval is running for two physically and possibly legally incompatible offices.

4. That defendant Sandoval has explicitly and publicly stated that he will not serve as the Commissioner of the Water Reclamation District Board, if nominated.

5. That there is another Hispanic running for the Water Reclamation District Commissioner. That is a Civil Engineer and has the intention of serving if elected the Board.

6. That Martin Sandoval was appointed by Governor Ryan to fill the vacancy left by former MWRD Commissioner Frank Gardner when he became the legal counsel in 1999. In the March 2000 primary election he subsequently was elected to fill out the 2 year unexpired term of Frank Gardner.

7. That in the fall and winter of 2001, Martin Sandoval's petitions for the nomination in the Democratic primary of 2002 were circulated by them telling the voters that Sandoval was intending to be Commissioner of the MWRD.

8. That on the Sunday before the last day to file petitions, based on information and belief, hundreds of city workers, possibly in violation of Shakman Act, and with possible reward as well as threat and intimidation, circulated petitions for Martin Sandoval for State Senator in the 12th District of Illinois for the Democratic nomination.

9. That Martin Sandoval is on both ballots for Water Reclamation District Commissioner and Senator in the 12th District State Senate election in the State of Illinois, and is believed to be in violation of State Election Law.

10. That Martin Sandoval stated publicly on February 7th, 2002 at approximately 6 PM at Presidential Towers 555 W. Madison that he would only serve as Senator and would drop out of the MWRD position. (Please see Attachment 1)

11. That Martin Sandoval is qouted in the Chicago Sun Times Feb 7th Edition as stating "I will not serve in both. I will only serve as State Senator." (Attachment #2)

12. That Victor Reyes, the ringleader of this conspiracy based on information and belief, stated in the same Sun Times Article that "The race he (Martin Sandoval) cares about is the senate district". (Attachment #2)

13. That there are no other candidates for the Senate Race in the 12th District of Illinois because based on information and belief, they were removed through backroom deals. There is no Republican candidate. The nomination and subsequent election of Martin Sandoval, therefore, is guaranteed..

14. That the Chicago Sun Times on February 14th states that "Metropolitan Water Reclamation District Commissioner Martin Sandoval is on track toward the 12th District state Senate seat. Former state Rep. James W. Phelan (D-Chicago) withdrew his Democratic primary bid after Phelan sponsors Dad Madigan and Rep. William O. Lipinski (D-Ill) had to yank their support. It happened at a meeting convened Monday by Senior Madigan who could not risk support for his kid. Sandoval will continue to play doubles and remain on the ballot for the Senate and his water job, which he has no intention of keeping if elected senator. Mayor Daley, asked about the double-play on Wednesday, said he was not concerned about the arrangement. To watch: If

Sandoval wins both primaries, expect Phelan to be appointed to replace him as nominee for the water district."(Attachment 3)

15.  That Martin Sandoval is running for two incompatible offices.

16.  That Martin Sandoval does not intend to serve in his position as Water Reclamation District.

17.  That there is conspiracy to defraud the voters of a real choice and an open election by Martin Sandoval and Victor Reyes and possibly Tom Lyons to circumvent the democratic system and impose fraud on the voters of Cook County through deception by intention not to run and appoint.

18.  That Hispanics could lose representation especially if James Phelan is appointed to this office without an election.

19.  That M. Frank Avila, a licensed Professional Engineer and land surveyor with a business for 26 years, intends to serve in the office of MWRD Commissioner if nominated and elected.

## V.
## PRAYER FOR RELIEF

WHERFORE, plaintiffs prays that:

1.  Pursuant to the provisions of 28 USC Sec 2284 and 42 USC Sec 1973c, a district court of three judges be convened.

2.  The court declare that the dual candidacies of defendant Sandoval do constitute a conspiracy to subvert the public will as he is seeking nomination and election to incompatible offices, one of which he does not intend to serve in.

3.  The court issue a TRO or preliminary and permanent injunctions to vacate/remove the name of Martin Sandoval from the position of Water Reclamation District of Greater Chicago under violations of the US Constitution and Federal Law as cited above.  The court should also make an order to vacate Sandoval from both Senate and MWRD under supplemental jurisdiction because the offices are incompatible.

4.  In the alternative, either enjoin the defendants from proceeding with the March 19th Primary election for the offices of MWRD and Illinois State Senator. (12th District), or to vacate/remove defendant Sandoval from the ballot in each respective primary.

5.  The court order the defendants remove defendant Martin Sandoval from the ballot for nomination for MWRD Commissioner and 12th District Senate Democratic nomination.

6.  The court retain jurisdiction of this cause.

7.  The court grant plaintiffs their costs of this action at the responsibility of defendants.

8.  The court grant plaintiffs such other and further relief as to the court may seem just and proper.

**Frank B. Avila**

Pursuant to Federal Rules, the undersigned, **Frank B. Avila**, certifies that he has read the above pleading and that to the best of his knowledge, information and belief formed after reasonable inquiry it is well grounded in fact and is warranted by existing law or good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Frank B. Avila

**Frank B. Avila**
**6201 W. Touhy**
**Chicago, IL. 60646**
**(773)459-3433**
**ARDC# 6273730**

## VERIFICATION

The undersigned, **M. Frank Avila**, pursuant to Federal Rules of Civil Procedure, states, that the above and foregoing **Complaint for Injunctive and Declaratory Relief,** subscribed by him is true and accurate.

_M. Frank Avila_
M. Frank Avila

Subscribed and Sworn
To before this 19th day
February, 2002

_Sharilyn Kay Avila_

OFFICIAL SEAL
SHARILYN KAY AVILA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/03

Attachment 1

★ ★ ★ ★ ★ ★ ★ ★  Event Chairs  ★ ★ ★ ★ ★ ★ ★ ★

Honorable Daniel Solis          Victor Reyes

Co-Chairs*

| | |
|---|---|
| Hon. Edward Acevedo | Romualdo Camarena |
| Hon. Vilma Colom | Leticia Davis |
| Hon. Miguel Del Valle | Dominic Delgado |
| Hon. William Delgado | Hector Escobar |
| Hon. Jesse Granato | Jack Greber |
| Hon. Charles Hernandez | William Kates |
| Hon. Roberto Maldonado | Kent Moon |
| Hon. Iris Martinez | Ray Mota |
| Hon. Susana Mendoza | Juan Ochoa |
| Hon Joseph Mario Moreno | Salvador Pedroza |
| Hon. Antonio "Tony" Muñoz | Damaso Ramirez |
| Hon. Ricardo Muñoz | Greg Salgado |
| Dan Arce | Aurora Venegas |

*Committee in Formation



Please Join

# Martin A. Sandoval

## For A Fundraiser

## Thursday, February 7, 2002

5:30 PM - 8:30 PM

$125
Individual

La Margarita
Presidential Towers
555 W. Madison, Chicago

$500
Patron

$1,500
Sponsor

For more information please call 312.282.8070

Paid for by Friends of Martin A. Sandoval. A copy of our report filed with the State Board of Elections is (or will be) available for purchase from the Cook County Clerk, 118 N. Clark Street, Chicago, IL 60602 and the State Board of Elections, Springfield, IL.

Attachment 2

Chicago Sun-Times

# COMMENTARY

Thursday, February 7, 2002    www.suntimes.com

38

# Ballot hog playing dirty

*Running for 2 offices, Sandoval has already chosen his favorite, risking voter support for both spots*

Martin A. Sandoval is a candidate in the March 19 Democratic primary for state senator from the Southwest Side 12th District.

Martin A. Sandoval will also be on the same ballot as a Democratic candidate for commissioner of the Water Reclamation District of Greater Chicago.

If he wins both seats, Sandoval told me "I will not serve in both. I will only serve as state senator."

This is intolerable political trickery. It is a violation of trust. Voters, unless otherwise informed, have the right to expect that a candidate will serve if elected.

Sandoval is currently a water district commissioner. He is the only Hispanic ever to hold a seat on the panel. He won slating from the regular Democratic ward and township bosses for reelection to the Cook County spot, which practically assures him of victory, as three people will be nominated from the 13-person field.

This situation comes about as a result of considerable behind-the-scenes intrigue.

The 12th senatorial district seat is open. Under the new legislative map, the district is designed to give an advantage—but not a guarantee—to a Hispanic candidate. The spot is vacant because state Sen. Robert S. Molaro (D-Chicago), in an unusual move, is running for the state House—or paper a demotion. However, this lets Molaro consolidate his white ethnic political base—he comes out of the 23rd Ward—and work more closely cooking up whatever with his pal, House Speaker Michael J. Madigan (D-Chicago).

The 12th district is dominated by three powerful Democratic wards: Madigan's 13th; the 23rd, run by Rep. William O. Lipinski (D-Ill.), and the 14th, controlled by Ald. Edward Burke. They decided to back former two-term state Rep. James W. Phelan (D-Chicago) for the state senate slot.

The last we heard from Phelan was when he was acquitted of three counts of mail fraud in November 1999. Phelan has been a loyal member of Lipinski's organization since

1975, and the guys wanted to do him a favor.

Lawyer Victor Reyes, once Mayor Daley's main political operative, runs the Hispanic Democratic Organization. Think of the HDO as Daley's Hispanic political apparatus, a group of Daleyites who do not mind lobbying some aggravation to Lipinski, Burke and Madigan. "I support Marty," Reyes told me. For which job? "The race he cares about is the senate district," said Reyes, who graduated with Sandoval from Quigley South seminary prep in '82.

Reyes' reasoning is that Madigan, Lipinski and Burke should have been more sensitive and should have backed a Hispanic for the 12th state senate district. But they did not. Reyes said Sandoval, was the most prominent Hispanic around, and so he was drafted.

"I think it is real personal," said Phelan. "Tell me there are no other Hispanics in HDO."

After Gov. Ryan named him to fill a vacancy. Sandoval said he will resign the water spot if he wins and let the new governor replace him. Sandoval said he did not drop out of the water district race because Cook County Democratic chairman Tom Lyons asked him to stay. Lyons, responsible only for the county offices, told me it was so late in the game "it would have been a mess' to have Sandoval drop off his ticket. The state senate is not Lyons' problem.

In Illinois, legislators are allowed to run for some other elected offices. But the law may not be as clear in this case. Frank Avila, an attorney whose father—also named Frank—is running for one of the water district seats, said he will file a lawsuit challenging the legality of Sandoval running for both offices.

Sandoval, a member of Burke's 14th Ward organization, cast himself as an underdog in the Senate race when we talked. "We are the Davids. They are the Goliaths."

I asked him how he would explain his election schemes if he were speaking to an elementary school civics class. "It is a matter of circumstances," he said. "Life is not always as organized as it should be."

Other committeemen, whose candidates did not get slated for the water district, now may abandon Sandoval since he has no intention of keeping the position. By running for two offices, Sandoval, with his promising resume, risks winning none.



Lynn
SWEET

Attachment 3

Chicago Sun-Times

Thursday, February 14, 2002

# ★ ★ POLITICS 2002 ★ ★

# dives into local race

## The Back Room

All Points Bulletin!

Some 45 staffers have vanished from the House Democrats' payroll. These are folks controlled by House Speaker Michael J. Madigan (D-Ill.), the chairman of the Democratic Party of Illinois. Madigan is the father of state Sen. Lisa Madigan (D-Chicago), running against John Schmidt in the heated March 19 attorney general primary.

The Schmidt campaign, watchdogging the state payroll, has been tracking disappear-

ing House staffers. Most took a leave starting in January. On the state dime, most handle issues for members. Where are they now?

"These people are working for the party," said Steve Brown, a spokesman for Madigan and the Democratic Party of Illinois.

"Who does the [legislative] work when they are not there?" said Schmidt campaign manager Patrick Botterman.

Said Brown, "They did quite a bit of work before they left the payroll."

The party line is that the flotilla of operatives switched to politics to help the slate: Madigan, Secretary of State Jesse White, treasurer hopeful Tom Dart and Comptroller

Dan Hynes. Only Lisa Madigan has a primary.

Brown and Lisa Madigan said moving staffers from government to political payrolls is standard operating procedure. Oh. So.

Said Brown: If Schmidt wins, "These people will be working for the nominee."

The Back Room asked Lisa Madigan if she felt any responsibility to know what her dad was doing behind the scenes on her behalf.

Said Lisa Madigan: "I don't micromanage what goes on."



Lisa Madigan
No micromanaging

### PHELAN EXITS

Metropolitan Water Reclamation District Commissioner Martin A. Sandoval is on track toward the 12th District state Senate seat. Former state Rep. James W. Phelan (D-Chicago) withdrew his Democratic primary bid after Phelan sponsors Dad Madigan and Rep. William O. Lipinski (D-Ill.) had to yank their support. It happened at a meeting convened. Monday by the senior Madigan, who could not risk losing Hispanic support for his kid. Sandoval will continue to play doubles and remain on the ballot for the Senate and his water job, which he has no intention of keeping if elected senator.

Mayor Daley, asked about the double-play on Wednesday, said he was not concerned about the arrangement.

To watch: If Sandoval wins both primaries, expect Phelan to be appointed to replace him as nominee for the water district.

### ON THE ROAD: WALGREENS

Deerfield-based Walgreens signed lobbying firm Akin Gump Strauss Hauer & Feld to scout the federal landscape. The drug company issue: Interstate highway signs to flag locations of 24-hour drug stores.

### POLITICAL BUSINESS

With national and statewide experience, Chris Dudley is opening up her own political/government affairs shop. Dudley is departing her post at the end of March as Midwest regional political director for the Republican National Committee. ... Peoples Energy Richard Terry lobbied Capitol Hill Tuesday to turn up the heat on Congress regarding a package of energy issues. ... Former Illinois GOP party chief Richard S. Williamson was sworn in Wednesday as the deputy permanent representative to the United Nations. He's part of a UN Security Council team skedded to travel to Ethiopia and Eritrea Feb. 20-25.

*It's political mail time. Send everything to the Back Room, c/o newsroom, 401 N. Wabash, Chicago, 60611. As always, e-mail*

## PAC POWER

The Back Room presents the people who control the biggest political action committees in Illinois. The figures, compiled by the Illinois Campaign for Political Reform, combine different campaign funds controlled by the same person to give the big picture. A list of top five and notables.

1. Rod Blagojevich (D) gubernatorial candidate ($3,689,243)
2. Edward Burke, (D) alderman and committeeman ($3,625,339)
3. Jim Ryan (R) gubernatorial candidate ($3,230,089)
4. Mayor Daley (D) ($2,522,859)
5. Gov. Ryan (R) ($2,358,349)

▪ Comptroller Dan Hynes (D) ($1,309,583)
▪ Cook County Assessor James M. Houlihan (D) ($1,302,024)
▪ Former Gov. Jim Edgar (R) ($1,126,091)
▪ Cook County Board of Tax Appeals Commissioner Joe Berrios (D) ($1,039,607)
▪ State Rep. Ralph Capparelli (D) ($1,028,709)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
M. Frank Avila

## DEFENDANTS
Martin Sandoval
Victor Reyes
City of Chicago Board of Election
David Orr - Cook county ge-gem

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

02C 1222

DOCKETED
FEB 21 2002

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Frank B. Avila
6201 W. Touhy
Chicago IL 60646

ATTORNEYS (IF KNOWN)
Uncertain at this time

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                   AND ONE BOX FOR DEFENDANT)

|                          | PTF | DEF |                                                      | PTF | DEF |
|--------------------------|-----|-----|------------------------------------------------------|-----|-----|
| Citizen of This State    | ☒1  | ☒1  | Incorporated or Principal Place of Business In This State | ☐4  | ☐4  |
| Citizen of Another State | ☐2  | ☐2  | Incorporated and Principal Place of Business In Another State | ☐5  | ☐5  |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation                                | ☐6  | ☐6  |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

United States Constitution 1st and 14th Amendmen
1964 Civil Rights Act, Voting Rights Act
Plaintiffs Voting Rights and the rights of Cook County Voters are vio

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES   ☐ NO

## VIII.   This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE  Feb 20, 2002

SIGNATURE OF ATTORNEY OF RECORD   Frank B G

UNITED STATES DISTRICT COURT

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division



Double click on question mark for appearance form instructions

In the Matter of

M. Frank Avila , and the voters of Cook County

v.

Martin Sandoval, Victor Reyes, City of Chicago Board of Election Commissioners, David Orr--Cook County Clerk

Case Number: **02C 1222**

**JUDGE JOHN W DARRAH**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

M. Frank Avila

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | DOCKETED |
| NAME Frank B. Avila | | | | NAME | | | FEB 21 2002 |
| FIRM Law Offices of Frank Avila | | | | FIRM | | | |
| STREET ADDRESS 6201 W. Touhy | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP Chicago, IL. 60646 | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER (773)459-3433 | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER 6273730 | | | | IDENTIFICATION NUMBER | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ✔ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ✔ | | TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |
| (C) | | | | (D) | | | |
| SIGNATURE | | | | SIGNATURE | | | |
| NAME | | | | NAME | | | |
| FIRM | | | | FIRM | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER | | | | IDENTIFICATION NUMBER | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |