**02C 1222 FILED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS  FEB 2 2 2002

| | |
|---|---|
| M. FRANK AVILA and<br>THE VOTERS OF COOK COUNTY<br><br>Plaintiff(s),<br><br>v.<br><br>MARTIN SANDOVAL,<br>VICTOR H. REYES,<br>CITY OF CHICAGO BOARD<br>OF ELECTION COMMISSIONERS,<br>DAVID ORR--CLERK OF COOK COUNTY<br><br>Defendant(s) | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>JUDGE JOHN W DARRAH<br><br>DOCKETED<br>FEB 2 7 2002<br><br>MAGISTRATE JUDGE<br>GERALDINE SOAT BROWN |

EMERGENCY MOTION

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (TRO) OR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

**PLAINTIFF ASKS FOR IMMEDIATE DECLARATORY JUDGEMENT/RELIEF TO REMOVE MARTIN SANDOVAL FROM THE BALLOT. SMITH V. CHERRY 1972 IS ON POINT HERE (489 F.2d 1098) FEDERAL JURISDICTION IS INVOKED UNDER SECTION 1983 OF THE CIVIL RIGHTS ACT AND THE FIRST AND FOURTEENTH AMENDMENTS. U.S.C.A. Const. Amends. 1, 14; 28 U.S.C.A. Sec. 1343; 42 U.S.C.A. Sec. 1971, 1983, 1985.**

I.
**PRELIMINARY STATEMENT**

NOW COMES the Plaintiff herein **M. Frank Avila**, and **The Voters of Cook County,** by and through their attorney, **Frank B. Avila,** and for his Verified Complaint for Injunctive, Declaratory and Other Relief against Martin Sandoval, Victor Reyes, David Orr---Cook County Clerk, and the City of Chicago Board of Election Commissioners say unto this Honorable Court as follows.

This is a proceeding for legal and equitable relief pursuant to 28 U.S.C. Sec 1331, to protect rights granted inter alia, by the First Amendment to the Constitution of the United States, and to redress deprivation of these rights as a violation of due process equal protection secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States.

This is a respectful request for an emergency hearing on this matter and immediate declaratory judgement to vacate the name of Martin Sandoval from the March 19, 2002 ballot for nomination to Metropolitan Water Reclamation District Commissioner of Greater Chicago under violations of Federal Law. This court should also vacate the name of Martin Sandoval from the office of State Senator of the 12th

District of Illinois because of the Illinois State election law under incompatible office(s). 10 ILCS Chapter 46 Election Code Sections 7-12, Section 2605/3 of Chapter 70, Illinois Compiled Statutes. Martin Sandoval is running for two offices. Martin Sandoval will not serve as Metropolitan Water Reclamation District Commissioner because of the Sandoval/Reyes conspiracy.

This action arises under the United States Constitution Amendments 1 and 14. 28 U.S.C.A. Sec. 1343; 42 U.S.C.A. 1971, 1983, 1985. This action also arises under the Voting Rights of 1965 (42 USC Sec. 1973 et seq) Plaintiffs seek a declaratory judgement that the name of Martin Sandoval be vacated/removed from the Democratic ballot for nomination for the Water Reclamation District of Greater Chicago based on violations of the United States Constitution and Federal law as cited above, the summation to be found in Smith v. Cherry 1972 (489 F.2d 1098). Additionally, Plaintiffs seek a declaratory judgement to vacate/remove the name of Martin Sandoval from both the ballot for Democratic Nomination for Water Reclamation District of Greater Chicago and the Democratic nomination for State Senator in the 12th Legislative District of the State of Illinois because the two offices are incompatible under Illinois State Law claimed under Supplemental Jurisdiction. 10 ILCS Chapter 46 Election Code Sections 7-12, Section 2605/3 of Chapter 70, Illinois Compiled Statutes. This memorandum elucidates the law and facts for Equity and Injunctive Relief, Violations of Federal Rights, and Illinois State Election Law.

## II.
## JURISDICTION

Jurisdiction is conferred on this court by 28 USC Sec. 1343 (4), 2201, 2202, and 42 USC Sec. 1973j(f). A district court of three judges is required to be convened by 28 USC Sec. 2284 and 42 USC Sec. 1973c. Jurisdiction should also be granted because this is a Federal question arising under federal law. Supplemental Jurisdiction is claimed on an additional but connected claim because it is part of the same nucleus of common fact and intimately related.

## III.
## STATEMENT OF FACTS

That, Defendant Martin Sandoval was appointed to the Water Reclamation District in 199 to fill the unexpired term of former Commissioner Frank Gardner who became the legal counsel for the District. Sandoval was elected in 2000 to a two year unexpired term. He is currently up for a six year term that he does not plan on serving in.

That Defendant Martin Sandoval is also running concurrently for the Democratic nomination for the State Senate in the 12th Legislative District of State of Illinois. The Cook County Clerk—David Orr, and the City of Chicago Board of Election Commissioners have not, by their own accord, stricken Martin Sandoval from both offices because they are incompatible.

Defendant Sandoval has admitted that he would only serve as State Senator if elected to both offices. That condition is already present because he is guaranteed the election of Senate because there are no other candidates. The condition of winning has already occurred because there are no other candidates. He has admitted this on Feb 7th,

in the Chicago Sun Times. (See attachments) There have been additional articles in the Chicago Sun Times on February 7th and in the Capitol Fax and Nadig newspapers. (See Attachments) Sandoval has also admitted this in public, that he would not serve on the Water Reclamation District Board if elected at the Presidential Towers on 555 Madison Street on February 7, 2002 at approximately 6 PM. However, he also wants to win the nomination for Water Reclamation District Commissioner so that Democratic party can appoint someone else before the general election. This circumvents the electoral process and is an attempt to confuse and defraud voters of a right to choose. Victor Reyes has also said that Sandoval is only focusing on the State Senate race in the Chicago Sun Times article February 7th. (see attachments)

That based on information and belief, Victor Reyes is the head of this conspiracy. Victor Reyes was the titular head of the Hispanic Democratic Organization (HDO) and is still the defacto head. Victor Reyes, based on information and belief, is trying to circumvent the democratic process. Reyes went to high school with Sandoval. Reyes is a lobbyist with the law firm of Greenberg Traurig PC. He will or could be lobbying Martin Sandoval. Reyes also went to high school with State Senator Antonio Munoz, allegedly a former member of the "Two Six" street gang. MWRD Commissioner Sandoval tried to install Victor Reyes as a lobbyist at a January meeting of the Metropolitan Water Reclamation District of Greater Chicago. This would mean that Sandoval would install Reyes as a lobbyist, and than Reyes would lobby Sandoval as a State Senator for pay raises for Sandoval as a Metropolitan Water Reclamation District Commissioner. Some have alleged that Reyes wants to control these State Senators for his lobbying business. Victor Reyes, while of partial Puerto Rican descent, based on information and belief, is not beneficial to the voting rights and empowerment of Hispanics. Reyes uses an "army" of Hispanic political workers to control other Hispanics and their voting rights, mostly City of Chicago workers, possibly in violation of the Shakman Act consent decree. Reyes, based on information and belief, has stopped Hispanics from being appointed and elected to office, including M. Frank Avila and candidate for Alderman Nick Valadez. Reyes has walked precincts with convicted murderers. Reyes has facilitated employment and protection of employment for individuals who are convicted drug dealers and other violent individuals. Sandoval has also been accused in print of impropriety. Reyes is the mastermind of the Sandoval conspiracy to defraud the voters and circumvent the electoral process.

That this is a fraud that violates the voting rights of all voters but especially Hispanics and all the candidates, including African American candidates running for the MWRD post. The Cook County Democratic Party has not slated a African American for this post. There is no legal or factual guarantee that the Democratic Party will appoint a Hispanic to replace Sandoval on the ballot after he resigns the nomination if were to win the primary election. In fact, the Sun Times on February 14 reported that a non-Hispanic will be appointed through a backroom political deal. It affects Hispanic voters and candidates because Sandoval is relying on Hispanic voters and depriving other Hispanic voters and candidates a chance in this election or at least decreasing their chances to be elected.

Sandoval is running for two offices. He cannot physically perform in both offices. He does not intend to serve on the MWRD board. Reyes and Sandoval are involved in a conspiracy. M. Frank Avila is a candidate for nomination the Metropolitan

Water Reclamation District of Greater Chicago in the 2002 Democratic primary. Avila is Hispanic. He plans on serving in that office if elected.

## IV
## ARGUMENT

**A.** **The Standards For A <u>Preliminary</u> Injunctive Relief**

1. This is a proceeding for legal and equitable relief pursuant to 28 U.S.C. Sec 1331, to protect rights granted, inter alia, by the First Amendment to the Constitution of the United States of America, and to redress deprivation of these rights as a violation of due process equal protection secured by Section 1 of the Fourteenth Amendment.

2. This is also a proceeding for legal and equitable relief pursuant to 42 U.S.C. Sec 1983 , to protect rights granted, inter alia, by the Fourteenth Amendment to the Constitution of the United States and to redress deprivation of these as a violation of rights, privileges, and immunities secured by 42 U.S.C. Sec. 1981.

3. The standards for the issuance of a temporary restraining order ("TRO") and a preliminary injunction are distinct under Illinois Law. The overriding consideration in determining whether to issue a TRO is whether the status quo otherwise will be lost, causing irreparable harm to the applicant. <u>Stasica v. Hannon,</u> 70 Ill. App. 3d 785, 787, 388 N.E.2d 1110, 1112 (1st. Dist. 1979); <u>Kraft v. Solon</u>, 32 Ill. App. 3d 557, 561, 336 N.E.2d, 577, 580 (1st Dist. 1975). The Illinois Supreme Court has stated that to obtain a TRO, "(t)he plaintiff....only needs to show that he raises a 'fair question' about the existence of his right and that the court should preserve the status quo until the cause can be decided on the merits." <u>Stocker Hinge Manufacturing Co v. Daniel Industries, Inc.</u>, 94 Ill. 2d 535, 541-42, 227 N.E.2d 288, 291 (1983); see also <u>Stanton v. City of Chicago,</u> 177 Ill. App.3d 519, 524, 532 N.E.2d 464, 467 (1st Dist. 1988) (reversing a trial court's failure to issue a TRO)

4. The facts pleaded in the Verified Complaint convincingly satisfy the prerequisites to injunctive relief against defendants conspiracy to circumvent the democratic process. The name of Martin Sandoval should be removed from the ballot because (1) irreparable harm in the absence of an injunction or declaratory order to vacate; (2) a clearly ascertainable right requiring protection; (3) the absence of an adequate remedy at law; and (4) a likelihood of success on the merits. <u>Gold v. Ziff Communications Co.</u>, 196 Ill.App. 3d 425, 431, 553 N.E.2d 404, 408 (1st Dist. 1989); <u>Preferred Meal Systems, Inc. v. Guse</u>, 199 Ill. App.3d 710, 718, 557 N.E.2d 506, 511 (1st Dist , 1990), <u>appeal denied,</u> 133 Ill.2d 572 (1990). This state law is mentioned because of the issue here of supplementary jurisdiction for incompatibility of offices.

B. **M. Frank Avila Sr. and the Voters of Cook County Will Suffer Irreparable Injury If No Restraining Order is Issued**

The First District has defined irreparable injury as follows: *"An alleged injury is defined as irreparable when it is of such a nature that the injured party cannot be adequately compensated therefor in damages or when damages cannot be measured by any certain pecuniary standard. [Citations omitted.] Alternately, the term has been defined to encompass not such inquiry as is beyond the ……possibility of compensation in damages, but that species of injury that ought not to be submitted to on the one hand or inflicted on the other."*
Cross Wood Products Inc. v. Suter, 97 Ill. App. 3d 282, 286, 422 N.E.2d 953, 957 (1st Dist. 1981)

Irreparable harm "does not have to be devastating harm, or harm that is beyond repair, or even harm in which the injury is great"—although it is all this in the case at hand, but merely harm "that would have such an effect that no redress or compensation can be had at law." Gold v. Ziff Communications Co., 196 Ill.App. 3d at 434-35.

M. Frank Avila and the Voters of Cook County will be irreparably injured unless defendants are enjoined from continuing the conspiracy of Reyes and Sandoval in keeping Sandoval on the ballot.

The election is March 19th. The Cook County Clerk and the City Board of Election Commissioners will be printing the ballots in a week or so or even less. Once the election happens, it will be even more costly to the taxpayers to vacate an office or mandate a new election.

C. **M. Frank Avila and the Voters of Cook County Have a Certain And Clearly Ascertainable Right Which Demands Protection and M. Frank Avila has a Strong Likelihood of Succeeding of the Merits**

1. FEDERAL RIGHTS, CONSPIRACY
The Federal case of Smith v. Cherry applies here. Smith v. Cherry 1972, (489 F.2d 1098) This was a complaint by voter and unsuccessful candidate at primary election for state senator alleging that the actions of the winner, who was not a real candidate and who withdrew after primary election, and the actions of the party committee which selected a stand in candidate who won in general election nullified right of people to decide the party nominee for office sufficiently alleged deprivation of rights under the constitution and Civil Rights Act and stated a cause of action. U.S.C.A. Sec 1343; 42 U.S.C.A. Sec 1971, 1983, 1985 THE COURT OF APPEALS HELD THAT THE COMPLAINT WAS SUFFICIENT TO STATE A CAUSE OF ACTION AND ABSTENTION WAS NOT APPROPRIATE. There is clearly standing and a cause of action. We should quickly proceed to trial, because unlike Smith, Avila can prove the conspiracy.

As in Smith the Label for Group and the Operation Definition of the Group Organization Voters, Avila Voters and Hispanic Voters. Specific groups are or could be disenfranchised. All voters in the county are disenfranchised from which candidate they prefer. Put another way, Sandoval's name on the ballot is a sham intended to deceive voters. Those who think they are voting for Sandoval may not know that he is not planning on serving. Those planning on voting for a Hispanic do not know who will be appointed. Avila like Smith claims that some voters are deprived equal protection under the laws. As we understand equal protection, here in this case there is a deliberate discrimination involving three groups of voters. All voters are affected. Other voters such as African Americans are affected. But the Sandoval/Reyes conspiracy is primarily aimed at the following groups: Avila voters, Sandoval voters and Organization Machine voters. Where discrimination is sufficiently shown, the right to equal protection clause is not diminished by the fact that the discrimination is applied to political rights.

There is a reference to the Shakman Act. As stated in Shakman 'The interests of he voters in oddical treatment free from intentional or purposeful discrimination and should be afforded constitutional protection. 435 F. 2d at 270. In the present state of knowledge or at least until discovery is completed, it may not be possible to determine the full extent of this conspiracy. That is why there is a request for a TRO but eventually a permanent injunction.

There is a clear violation of rights under the United States Constitution and Federal Law under the Civil Rights Act of 1964 and the Voting Rights Act because of the Sandoval/Reyes conspiracy. U.S.C.A. Const. Amends 1, 14; 28 U.S.C.A. Sec 1343;42 U.S.C.A. Sec 1971, 1983, 1985

2. MWRD COMMISSIONER AND STATE SENATOR IN ILLINOIS ARE INCOMPATIBLE AND SHOULD BE DEALT WITH BY THIS COURT UNDER SUPPLEMENTAL JURISDICTION.

   If the candidate/defendant is running for two incompatible offices in Illinois than he should be stricken from both offices by Illinois election law. A candidate cannot run for two incompatible offices. 10 ILCS Chapter 46 Election Code Sections 7-12, Section 2605/3 of Chapter 70, Illinois Compiled Statutes. This is claimed under SUPPLEMENTAL JURISDICTION in this case because there is a common nucleus of fact and law and they are intimately related to the Federal question.

   At first glance, the Illinois case law would indicate that Sandoval could hold both offices. <u>Velazquez v. Soliz</u> 141 Ill.App.3d 1024 96 Ill.Dec 141 <u>Hornowski v. Orr</u> in Cook County 9300 00609. However, on closer examination there are some strong distinctions between these cases.

1. The <u>Velazquez v. Soliz</u> case was a non-partisan election for alderman, this case is a partisan election.
2. The Soliz case was for a special election, this is not a special election.
3. Municipalities were in the Illinois State Constitution. The Water Reclamation District was created uniquely by the State legislature. 70 ILCS 2410/6 ACT 2605 Metropolitan Water Reclamation District Act. The MWRD is unique and uniquely created by the state legislature and different from municipalities. The MWRD is regulated by the State legislature. Thus, Sandoval would hire Reyes as a lobbyist for the MWRD to lobby him as a Senator to give Sandoval a raise as a MWRD Commissioner. There is a clear conflict of interest.

There are also strong public policy reasons to demonstrate that these offices are incompatible:

1. Sandoval physically cannot perform both offices. Even if they are not currently incompatible by interpretation, they are physically incompatible. Sandoval cannot be in the State Capitol in Springfield and at the MWRD headquarters building on Erie Street in Chicago simultaneously. They are mutually exclusive.
2. This would create the precedent of candidates running for two offices that they could not serve in at the same time or would drop one of the offices at a later time or won by confusing voters and creating chaos as Sandoval is currently doing.
3. It circumvents the political process by appointing rather than electing officials, or at least creating that possibility.
4. If they are not incompatible, Sandoval could earn two pensions for two part time jobs that he could not perform fully that could vest after 10 years for an elected official. Sandoval could earn millions of dollars in salary, benefits and pension creating an undue burden on the taxpayers of Illinois.
5. Sandoval, like Reyes, is also a lobbyist. He could be and is currently running to be an official in two different levels of government while lobbying, confusing legal and moral issues. This is a clear conflict of interest.

## V.
## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that this Court grant its Motion for Temporary Restraining Order or in the alternative a Preliminary Injunction and ultimately a Permanent Injunction. M. Frank Avila respectfully requests this court to vacate/remove the name of Martin Sandoval from any ballot for the Democratic Primary Election to be held on March 19, 2002.

Frank B. Avila

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, expect as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that aforesaid he believes to be true. Attached articles to be used as reference to formation of information and belief.

**M. Frank Avila, Plaintiff**

As mandated by Supreme Court Rule 2-611, **Frank B. Avila**, certifies that he has read the above pleading and that to the best of his knowledge, information and belief formed after reasonable inquiry it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**Frank B. Avila**

Attorney for Plaintiff
FRANK B. AVILA
6201 W. Touhy
Chicago, IL. 60646
(773)459-3433
ARDC#: 6273730



# DALEY WEEKLY HISPANIC
## PRESS SUMMARIES

### Monday, January 14, 2002



Prepared by:

who have been victims of rape, of their right to an abortion, this also forces staff at catholic based hospitals. Another law will apply fines and major punishment to drivers who ignore lights and sirens of for police and fire emergency vehicles. The fines will be of $10,000 for drivers not driving carefully. Additional charges will be applied to drug and narcotic dealers of "ecstacy" . . .

#5 Tree recycling in the Parks - Twenty parks around the city will receive natural Christmas trees because once dry they become a fire hazard (locations listed) . . .

#6 Dozens of stores are found to have violations - According to a monthly report from the city's Department of Consumer Services, in one month, authorities found multiple city health, cleanliness and price regulation violations. The violations are due to inspections during the month of November and consist of food with past due dates, products without prices, garbage, signs of rats and cockroaches

#7 Cloned Politicians - Elections are approaching and some politicians appear to be cloned. Its hard to be a politician, in part because of the personal commitment, but its more complicated to position oneself in a popular election and gain political, economic support and credibility. To make it and position onself could depend on the political pact (honest or dishonest) through crated interests or natural leadership. A sarcastic saying states, "It's not a shame to steal but it is to be found out," and this is what many politicians toy with. To many people there isn't one descent politician, but the truth is there are and because of their discretion and don't exaggerate promises are active in and out of politics. That's why its important to know who is corrupt and who isn't. So is the case of the "silver bullet" where Ambrosio Medrano was "caught" accepting bribes, what pity, and he looked like a real leader. Its possible he lacked the political support to come to his rescue, as was the case with Ray Fnas who was also caught but continues in his post and follows the order of the "political cloning machine." The Fnas case is special, his briberies was evident, lack of political ability, poor credibility but had political and economic support "created" to protect the created interests. We also have Martin Sandoval, who currently holds the position of the water Commission and aims for state senate. Until now, Sandoval has had political ability and although his public image appears good, there are those who would say he is another one who is corrupt. Its confirmed that he reached his position thanks to the support of the Mexican American Chamber of Commerce (MACC) and because of his personal ambition or following instructions, but they pulled their support for senator, because he offered his "lobbying services" at the city to the companies that helped him in exchanges for $40 million annually. While others may ask themselves if MACC, headed by Juan Ochoa, is another laboratory interested in politics more than commercial. What's left is to see how they'll pull the rug from under and see who is left standing, the cloned or the natural politicians

#8 And, Ready . . . Skate! - (photo caption) Mayor Richard Daley and other officials cut the ribbon opening the winter skating rink in the city's downtown on Michigan Avenue between Madison and Washington in the Millennium Park area



Por Rogelio Martínez Faz

# Políticos clonados

Se acercan las campañas políticas y los candidatos se preparan (o los preparan como si fueran clonados). Ser político es difícil, en parte por el sacrificio personal, pero lo más complicado para llegar a posiciones de elección popular es la de contar con apoyo político, económico y, por último, con credibilidad.

Llegar y mantenerse puede depender tanto de los pactos políticos (honestos o deshonestos) de intereses creados, o por liderazgo natural. Dice un refrán sarcástico: "vergüenza no es robar, si no que te descubran", y es ahí precisamente donde se la juegan muchos políticos.

Para mucha gente no hay político decente, pero la verdad es que sí los hay y son aquellos que por su discreción y sin promesas exageradas están activos dentro o fuera de la política. Por eso la tarea de uno es saber quién de entre ellos es político corrupto y quién es honesto.

Se dio el caso de "bala de plata" en el cual a Ambrosio Medrano lo "cacharon" aceptando sobornos, que lástima, parecía líder natural. Quizás le faltó el respaldo político que saliera en su rescate, como sucedió con el concejal Ray Frías a quien también lo agarraron infraganti, sin embargo, sigue en el puesto y parece que sigue las órdenes de "la maquinaria de clonación política" de la alcaldía de Chicago. De no aceptarlas, firmaría su acta de defunción política. El caso de Frías es especial: su soborno fue evidente, falta de habilidad política, credibilidad pobre, pero con respaldo político y económico, como "creado" para cuidar los intereses creados.

También tenemos a Martín Sandoval, quien actualmente ocupa el puesto de Comisionado de Aguas y aspirante, a la vez, del puesto de senador estatal. Hasta ahora Sandoval ha tenido habilidad política y aunque aparentemente su imagen pública parece buena, hay quienes lo señalan como un corrupto más. Se afirma que llegó al puesto gracias al apoyo de la Cámara de Comercio México Americana (MACC), pero que debido a su ambición personal o siguiendo instrucciones, le retiraron su apoyo para senador, debido a que se puso a ofrecer sus "servicios de lobby" en la alcaldía a las mismas empresas que lo ayudaron, a cambio de 40 mil dólares al año. Mientras que otros se preguntan si MACC, encabezada por Juan Ochoa, es un laboratorio más de intereses políticos que comerciales.

Para los electores solo quedará ver cómo se jalan el tapete unos a otros y distinguir entre los que queden de pie, si son políticos naturales o clonados.