AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
SEP 0 5 2002

M. FRANK AVILA          **JUDGMENT IN A CIVIL CASE**

v.          Case Number: 02 C 1222

MARTIN SANDOVAL

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Reyes and Sandoval's motion to dismiss is granted.

Michael W. Dobbins, Clerk of Court

Date: 9/4/2002

Linda Garth, Deputy Clerk